IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIGUEL ANGEL REYES<br><br>Plaintiff,<br><br>v.<br><br>KALIVAS CONTACTORS, LLC, *et al.*<br><br>Defendants. | No. 1:14-cv-00598-ESH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to plaintiff's dismissal of this action against *all defendants with prejudice*, each side to bear its own costs and attorneys' fees.

Date: 06/13/2014               Respectfully submitted,

/s/ Justin Zelikovitz, Esq.
Justin Zelikovitz, #986001
LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC
519 H Street, NW; Second Floor
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com
*Counsel for Plaintiff*

/s/ Raymond Carignan, Esq.
Raymond Carignan
Raymond Carignan, Esq. LLC
10176 Baltimore National Pike, Suite 202
Ellicott City, MD 21042
Phone: (410) 703‑2703
ray.carignan@raycarignan.com
*Counsel for Defendants*